Prob 22 (Rev. 03/97)

| | |
|---|---|
| **TRANSFER OF JURISDICTION** 08 CR 637 | DOCKET NO. (Transferring Court) 0864-0:01CR00033-001(ADM) |
| | DOCKET NO. (Receiving Court) |

| NAME AND LOCATION OF * | DISTRICT | DIVISION | |
|---|---|---|---|
| Wilbert Anderson Jr. Chicago, IL JUDGE DOW MAGISTRATE JUDGE BROWN | MINNESOTA | | |
| | NAME OF SENTENCING JUDGE Honorable Ann D. Montgomery | | |
| | DATES OF TSR SUPERVISION | FROM 02/01/2008 | TO 01/31/2011 |

OFFENSE

Possession of Stolen Firearms, in violation of 18 U.S.C. 922(j) and 924(a)(2).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of TSR may be changed by the District Court to which this transfer is made without further inquiry of this Court.

10 June 2008
Date

Ann D. Montgomery United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction of the above supervised releasee be accepted and assumed by this Court from and after the entry of this order.

AUG - 7 2008
Effective Date

James F. Holderman
United States District Judge

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By [signature]
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 8-12-08

SCANNED
AUG 15 2008
U.S. DISTRICT COURT ST. PAUL

DOCKETED
AUG 12 2008

FILED
8-11-08
AUG 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(64)